# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D22-2868
LT Case No. 2019-CA-000773
_____

DILLARD FAMBRO,

 Appellant,

 v.

WELLS FARGO BANK, N.A.
JESSICA RENEE ANDERSON A/K/A
JESSICA ANDERSON FAMBRO
A/K/A JESSICA A. FAMBRO, GEOFF
H. HOATSON, LIVE OAK RESERVE
HOA, INC., AND DOMINICK
VANBROOK,

 Appellees.

_____


On appeal from the Circuit Court for Seminole County.
Christopher Sprysenski, Judge.

Malcolm E. Harrison, of Law Office of Malcolm E. Harrison,
Wellington, for Appellant.

Robert S. Hogue and Rasheem Johnson, of K&L Gates, LLP,
Miami, for Appellee, Wells Fargo Bank, N.A.

No Appearance for Other Appellees.

November 7, 2023

PER CURIAM.

AFFIRMED.

JAY, BOATWRIGHT, and PRATT, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____